[Cite as *Shepherd v. Ohio Dept. of Rehab. & Corr.*, 2011-Ohio-5964.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

DON N. SHEPHERD, et al.,

      Plaintiffs,

      v.

OHIO DEPARTMENT OF
  REHABILITATION AND CORRECTION, et al.,

      Defendants

Case No. 2010-06125

Judge Joseph T. Clark
Magistrate Anderson M. Renick

JUDGMENT ENTRY

{¶1} This case is sua sponte assigned to Judge Joseph T. Clark to conduct all proceedings necessary for decision in this matter.

{¶2} On October 21, 2011, the magistrate issued a decision recommending judgment for defendants.

{¶3} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)."

{¶4} Civ.R. 53(D)(4)(e)(i) provides: "The court may enter a judgment either during the fourteen days permitted by Civ.R. 53(D)(3)(b)(i) for the filing of objections to a magistrate's decision or after the fourteen days have expired. If the court enters a judgment during the fourteen days permitted by Civ.R. 53(D)(3)(b)(i) for the filing of objections, the timely filing of objections to the magistrate's decision shall operate as an automatic stay of execution of the judgment until the court disposes of those objections and vacates, modifies, or adheres to the judgment previously entered."

{¶5} The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of

law contained therein.　Judgment is rendered in favor of defendants.　Court costs are assessed against plaintiffs.　The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____

JOSEPH T. CLARK
Judge

cc:

Beth A. Owens　　　　　　　　　　　Daniel R. Forsythe
John W. Allen　　　　　　　　　　　　Velda K. Hofacker
Marc V. Hedrick　　　　　　　　　　Assistant Attorneys General
24 West Third Street, Suite 200　　150 East Gay Street, 18th Floor
Mansfield, Ohio 44902　　　　　　　Columbus, Ohio 43215-3130

Filed October 21, 2011
To S.C. reporter November 18, 2011